DENNIS L. PEREZ, ESQ., State Bar No. 106555
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone:   (310) 281-3240
Facsimile:    (310) 859-151060
E-mail:        Perez@taxlitigator.com

Attorney for Defendant
BEN ZION BIRMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  CR 18-00404-PA |
|---|---|
| Plaintiff, | DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION |
| vs. | DATE:   December 10, 2018<br>TIME:     8:30 a.m.<br>COURTROOM:  9A |
| BEN ZION BIRMAN, | Assigned for All Purposes To:<br>Honorable Perry Anderson |
| Defendant. | |

Defendant BEN ZION BIRMAN, by and through his attorney of record, Dennis L. Perez of Hochman Salkin Toscher Perez P.C., hereby submits his sentencing position. For the reasons that follow, and as more fully set forth in the accompanying Memorandum of Points and Authorities, we respectfully urge the Court to impose a non-custodial sentence:

1.     Ben Zion Birman has no objections to the Presentence Investigation Report ("PSR").

2.     The PSR calculates an advisory guideline range at a total offense level of 4 with the range of 0-6 months.

3.     The government recommends a sentence at the "low end of the guidelines range," which would result in a non-custodial sentence.

4.     Mr. Birman, age 63, has an otherwise unblemished record, poses no meaningful threat of recidivism and has made a substantial payment on a civil penalty relating to his failure to disclose his foreign account, making incarceration unnecessary to serve the ends of justice in this case.

5.     Mr. Birman has paid $250,000 to the Department of Justice as a partial payment on a civil FBAR penalty of $513,517.81.

Taking into consideration the advisory guidelines, Mr. Birman respectfully requests that the Court impose a noncustodial sentence as "a sentence sufficient but not greater than necessary," *Kimbrough v. United States*, 552 U.S. 85, 101 (2007) (quoting 18 U.S.C. §3553(a)), to comply with the purposes of sentencing in this case.

Respectfully submitted,

DATED: December 3, 2018          HOCHMAN SALKIN
                                 TOSCHER PEREZ P.C.


                             By: /s/ Dennis L. Perez
                                 DENNIS L. PEREZ
                                 Attorneys for Defendant
                                 BEN ZION BIRMAN

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

We respectfully submit this memorandum on behalf of Ben Zion Birman in anticipation of his sentencing.  The PSR concludes that the total offense level in this case should be level 4, with Criminal History of I, and the government recommends a sentence at the low end of the guidelines sentencing range, which is 0-6 months.  We respectfully urge the Court to follow the government's recommendation for the reasons set forth in this memorandum.

## II.

## HISTORY AND CHARACTERISTICS OF MR. BIRMAN

The PSR discusses Mr. Birman's personal history and characteristics at ¶¶ 39-48.  As set forth in the PSR, Mr. Birman has led a law-abiding life, with the exception of the conduct involved in this case.  As will be stated below, Mr. Birman is known in his community as an outstanding family man, a loyal friend and someone who is respected for his integrity as a businessman and is generous to persons in need in his community.

A.    **Mr. Birman Accepts Responsibility for His Actions and Is Remorseful for What He Has Done**

Without any doubt, Mr. Birman recognizes the seriousness of his wrongdoing and offers his unequivocal apology to the Court:

> First and foremost, I would like to express my heartfelt apology to this Court and to the United States for the amount of effort and resources that it has taken to bring this matter to a close.  My actions of failing to disclose to the Internal Revenue Service a foreign account I maintained in Luxembourg, haunt me daily, as I reflect on the stress, shame and pain that I have caused my loved ones.  I am deeply ashamed for my choices and personally mortified at the seriousness of what I did.

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

\*          \*          \*          \*

> Ultimately, my poor choices were entirely my own; words cannot express how truly sorry I am. I am committed to paying my debts, both punitively and fiscally, to bring this chapter of my life to a close. My actions were wrong and I apologize to the Court, to my family and to all of those who have been impacted by my poor choices.

During the presentence investigation process Mr. Birman submitted to the probation officer, Mr. Birman's statement accepting responsibility for his actions. An excerpt of this statement is cited in ¶20 of the PSR:

> I am very sorry for the acts that I have committed that have led me to plead guilty in this case. I know I should have disclosed to the Internal Revenue Service a foreign account I maintained in Luxembourg but chose not to disclose it. The money in my account came from my parents, who were Holocaust survivors, and citizens and residents of Israel until they passed away several years ago. As my parents grew older, they gave gifts to my three older brothers and to me. I deposited the money that was given to me in an account I opened at Bank Leumi in Israel and .   .  . My actions were wrong and I apologize to the Court and to my family.

**B.** **Mr. Birman's Actions in this Case Are An Aberration from His True Character Which is Based on Traditional Values and His Strong Sense of Integrity**

Mr. Birman, one of four sons of Holocaust survivors, was born and raised in Israel. He served admirably in the Israeli Defense Forces from 1973 to 1976, participating in the Yom Kippur war and experiencing significant combat experiences and other atrocities. He was honorably discharged at the rank of Sergeant. He explains the teachings of his parents:

> As you will read in the letters from my family and friends, I was raised in a solid family with "Old World" values. I have always considered myself exceptionally strong mentally; I have prided myself on my strong ethical values and sense of integrity. Being raised by my

4

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

parents, who were Holocaust survivors, I learned to overcome life challenges; I was taught that even when presented with the most horrific life circumstances, we are faced with the opportunities for personal growth. I learned to be of service to others and always reached out to those in need with the helping hand and an open heart. I raised three beautiful children, teaching each of them that "your good name is the ONLY thing that you take with you to your grave." As I reflect on the events that ensued leading me to stand in this court of law, I know I have failed myself and the people who I love most.

Mr. Birman describes the money that was maintained in the foreign account at the Israeli Bank Leumi, which he failed to disclose to the Internal Revenue Service:

The money in my account came from my parents, Holocaust survivors who fought to build their lives after being stripped of everything they owned and losing their loved ones to the horrors of anti-semitic discrimination. They were citizens and residents of Israel until they passed away several years ago. As my parents grew older, they gave gifts to my three older brothers and to me. My parents wanted to ensure that after their death, the "State" would not take everything they owned as had occurred in Nazi Germany. I deposited the money that was given to me in an account I opened at Bank Leumi in Israel and later moved the money to Luxembourg, when I used it to facilitate my and my brother's business.

Mr. Birman's daughter, a psychologist and Chief of Suicide Prevention for the greater Los Angeles V.A. Medical Center, in a heartfelt letter, describes her father:

Most of all, it was my father's guidance which led to my earnest desire to help people. My father taught me that when someone reaches out for a helping hand, you always extend your hand to them. I look back and smile at my childhood, reflecting on the life lessons I learned completely unaware of the learning that was taking place at the time. Growing up, I recall every Halloween spending hours "Trick-or-Treating" in the neighborhood collecting bags filled with delicious candy. On the weekend following Halloween, my parents would take my brothers and I to downtown Los Angeles and we

5

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

would share our Halloween candy with the homeless individuals living on the streets of downtown L.A. It is no surprise that I spend the majority of my career working in homeless clinics, trying to help those who have fallen between the cracks of our system.

I find myself emotional as I write this letter. The man who raised me is not well reflected by the man who stands before you for sentencing. I was raised by a dedicated father; a man who worked hard his entire life to provide for his family. My mother always joked that if she did not buy him new clothes, he would still be dressed in clothes from the 70s and sleeping on a ripped mattress on the floor; his needs were minimal, his wants simple. His sense of meaning and efficacy was in his ability to provide for his family.

*          *          *          *

To me, my father is the man who has sat through every graduation, arriving early to save seats in the first row. I can picture him sitting proud and excited, uncomfortably sweating in the heat of the SoCal summer. My father is a man who took offense to my desire to pay my way through my doctoral program, explaining to me that "paying for any school [I] choose to attend is what [he] has worked his entire life for." Despite, his demeanor, my father is a man whose eyes light up every time his grandchildren walk through the door; they certainly have him wrapped around their little fingers.

Mr. Birman's character is described by his business partner and trusted personal friend of over 30 years, David G. Hirth:

. . . In my private and business interactions I have found Benny to be a profoundly honest individual with the utmost integrity. I know from personal experience how helpful and generous he has been to his former employees and other business associates.

In addition, he is an outstanding family man to his wife and children. He has supported his elderly parents for more than 30 years as well as his older brother who has suffered from a developmental disability. He often visited his parents overseas, and they completely relied on him for financial and moral support. I am also aware of numerous instances of Benny lending funds to his

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

friends, family and business associates, knowing full well that he might never be repaid.  He did these deeds with a gracious attitude to help those in who were in financial need and not for his own financial gain.

I can categorically state that he is one of the most generous and unselfish person I have ever met.  There were many less fortunate individuals he helped because they knew he was the person of last resort who would help them.  I fully understand that he is charged with a serious offense.  However, I wholeheartedly believe that that this offense does not reflect the man he really is.  I have always known him to be a law abiding and respected member of our community, who has supported various charities and his religious group.

Mary Harel who is related to Mr. Birman's wife states:

I have known Mr. Birman for over 20 years, as he is married to my first cousin.  Mr. Birman has always been very supportive, warm, carrying and generous person that I have often looked to for advice.  When my parents tragically passed away 11 years ago on the same day, Mr. Birman stepped in to help my family and I in making the difficult, costly and painstaking task of their funeral and burial.  He did this with great compassion and out of the pure goodness of heart.

Mr. Yoni Cohen, Mr. Birman's friend for 40 years explains how Mr. Birman's volunteer spirit led Mr. Cohen to also volunteer for a charitable event:

. . . I can attest to the fact that he is an involved member of the greater Los Angeles community and is a person who has contributed much to his community through his generous acts.  I have found him to be a person who never turns down the opportunity to help those in need.  I know this because he has been my mentor in promoting fundraising for worthy causes. I have been involved with the Jewish community as an entertainer, and together with Mr. Ben Zion, we have volunteered our services and money to help individuals, families, as well as people with serious illnesses that need special care, which can only be provided through extremely expensive treatments, both here and abroad.  Mr. Ben Zion gave me the opportunity to follow his example, which led me to volunteer to perform at fundraising events.  He provided the financial support and the follow-up to secure great

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

results.  I have never heard of a time when he turned down any opportunity to help those in need.  On the contrary, he always does a lot more than what is required or expected.  Everyone in this town knows him as someone who is ready to serve others in need.

Amnon Mizrahi, a close friend of Mr. Birman for 35 years, states:

Mr. Birman is an exceptionally generous man.  He has always opened up his home on Sabbath dinners and Jewish holidays to anyone and everyone in the community who did not have a place to go.  He would see to it that no one spent holidays alone and ensured that everyone was surrounded by loved ones.  I have attended dozens of holidays and Sabbath dinners at Mr. Birman's home along with scores of family and friends.  It was not uncommon to see Mr. Birman hosting and feeding nearly one hundred people on these occasions.  Mr. Birman never turned anybody away.

Menashe Gamliel, Mr. Birman's friend for over 30 years, further attests to Mr. Birman's generosity:

Mr. Birman has been a trusted friend and business associate of mine for over 30 years.  I have witnessed first hand what an honest, generous and charitable man he is.  Mr. Birman is highly respected as a virtuous businessman, but more importantly, as a loyal friend and member of the community.  He offers assistance to countless friends, acquaintances and even strangers in need.  He is constantly finding ways to help and encourages myself and others to contribute as well.  His offerings are genuine and given without any expectation of personal gain or return.

In my personal friendship and business relationship with Ben Zion, I have always known him to be trustworthy and law-abiding.  I have always believed in his integrity and known his word to be reliable.  Furthermore, Ben Zion is a devoted husband, father, grandfather and family man.  He prioritizes the well-being of his family and friends before his own.

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

## C.  Mr. Birman's Medical Condition Should Be Taken Into Account In Determining a Non-Custodial Sentence in this Case

In October 2009 Mr. Birman was diagnosed with chronic Lymphocytic Leukemia which required treatment of intense chemotherapy and is closedly monitored to the current day.  Mr. Birman's treating physician, Sepehr Rokhsar, M.D., describes Mr. Birman's medical history and condition in his letter:

> This letter is to apprise you that Mr. Benzion Birman [DOB: 12/16/54] has been followed in our office [since October 2009] for management of chronic lymphocytic leukemia [CLL] – an incurable condition with median survival >10 years.

> Between the years 2009-2015, Mr. Birman was observationally followed [every 3 months] with routine monitoring of his blood count and assessment for adenopathy.  He was then deemed to be [sufficiently] symptomatic and necessitating treatment, for which he completed a six-month course of intense chemotherapy with Rituximab and Bendamustine.

> Throughout the course of his disease diagnosis and treatment, Mr. Birman reported marked symptoms, particularly those of depressed mood, anxiety, isolation and withdrawal, as well as [other] psychosocial and interpersonal difficulties.  His symptom severity was relatedly impacted by life stressors and financial concerns.

> Mr. Birman continues to be followed in our office in quarterly intervals.  While his treatment response has been excellent, it is anticipated that his disease will relapse at which time he will require additional treatment.

Mr. Birman is thankful that his leukemia is in remission but given his physician's description of his condition, Mr. Birman's health continues to be a concern.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**III.**

**CONCLUSION**

Mr. Birman deeply regrets his criminal conduct and apologizes to the Court and to his family for his actions.  He respectfully requests the Court to impose a non-custodial sentence.

Respectfully submitted,

Dated: December 3, 2018        HOCHMAN, SALKIN, TOSCHER, PEREZ, P.C.

By:/s/ Dennis L. Perez_____
        DENNIS L. PEREZ
        Attorney for Defendant
        Ben Zion Birman

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On December 3, 20158 I served the foregoing documents described as DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION in the manner indicated below, on the following interested parties in this action:

> Leslie Goemaat, Esq.
> United States Department of Justice
> 601 D Street, NW
> Room 7024
> Washington, DC 20044
> Leslie.A.Goemaat@us.doj.com

X    (BY ELECTRONIC MAIL) I caused such document(s) to be delivered by email to the email address(es) of the interested parties indicated above.

(BY U.S. MAIL) I caused such envelope(s) to be addressed as indicated above and deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

(VIA FACSIMILE)    I caused to be delivered such document(s) to the interested parties indicated above via facsimile transmission to the fax numbers indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 3, 2018, at Beverly Hills, California.

/s/ Dennis L. Perez
-----------------------------------
DENNIS L. PEREZ

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

# TABLE OF CONTENTS

I.    INTRODUCTION………………………………………………3

II.   HISTORY AND CHARACTERISTICS OF MR. BIRMAN…………...3

    A.    Mr. Birman Accepts Responsibility for His Actions
        and Is Remorseful for What He Has Done…………………………..3

    B.    Mr. Birman's Actions in this Case are An Aberration from His
        True Character Which is Based on Traditional Values and His
        Strong Sense of Integrity…………………………………………4

    C.    Mr. Birman's Medical Condition Should Be Taken Into
        Account In Determining a Non-Custodial Sentence In this Case……9

III.  CONCLUSION……………………………………………...10

**Exhibit 1 – Ben Zion Birman's Letter to the Court**

**Exhibit 2 – Sharon Birman (Daughter)**

**Exhibit 3 – David G. Hirth (Business partner and personal friend)**

**Exhibit 4 – Mary Harel (Cousin)**

**Exhibit 5 – Yoni Cohen (Friend)**

**Exhibit 6 – Amnon Mizrahi (Friend)**

**Exhibit 7 – Menashe Gamliel (Friend)**

**Exhibit 8 – Sepehr Rokhstar, M.D. (Physician)**

**6619724_1.docx**

DEFENDANT BEN ZION BIRMAN'S SENTENCING POSITION