UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-404 PA - 2 | Date | February 6, 2019 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Kamilla Sali-Suleyman | Phyllis Preston | Melissa S. Grinberg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Ben Zion Birman | √ | | √ | (2) Dennis L. Perez | √ | | √ |

**Proceedings:**   **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.  Defendant's bond shall be exonerated.

|  | : | 14 |
|---|---|---|
| | Initials of Deputy Clerk | KSS |

cc: BOP, USM, USPO